■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER NAVARRO, Appellant. [673 NYS2d 1015] —Appeal by defendant from a judgment of the County Court, Suffolk County (Vaughn, J.), rendered February 20, 1997, convicting him of scheme to defraud in the first degree, criminal possession of stolen property in the fourth degree, and petit larceny (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The limited extent to which the confidential informant was allowed to invoke the privilege against self-incrimination herein did not unfairly undermine the defendant's right to confrontation (see, People v Chin, 67 NY2d 22; People v Brock, 238 AD2d 347). The court therefore properly declined to strike the testimony of this witness.

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Ritter, J. P., Thompson, Altman and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN RESTREPO, Appellant. [673 NYS2d 1007] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Latella, J.), rendered September 30, 1996, convicting him of criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, P. J., Miller, Pizzuto and Krausman, JJ., concur.